UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-24327-CIV-SEITZ
(99-00806-CR-HURLEY/SEITZ)

CURTIS ANDERSON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE, DENYING CERTIFICATE OF APPELABILITY AND CLOSING CASE

THIS CAUSE is before the Court upon the Report of Magistrate Judge [DE 48]. In the Report, Magistrate Judge Reid recommends that Movant's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 17] be denied, that no certificate of appealability issue, and that this case be closed. The Movant has not filed objections and the time for doing so has elapsed. For the reasons set forth below, following a *de novo* review of the record, the Report of the Magistrate Judge is affirmed and adopted and the Movant's Motion to Vacate is denied.

Although the Magistrate Judge found that the Motion was timely, she concluded that Movant's contentions that his counsel was ineffective for: 1) failing to file an appeal following Movant's third sentencing hearing; 2) failing to raise objections to a sentencing enhancement; 3) failing to object to the constructive possession jury instruction; and 4) failing to object to a redacted indictment presented to the jury, were without merit. Specifically, after holding an evidentiary hearing on Movant's first claim, the Magistrate Judge concluded that the Movant's testimony was

not credible regarding his assertion that he requested that one of his attorneys file a notice of appeal. The Magistrate Judge's credibility determinations are amply supported by the record. As to the remainder of the claims, the Magistrate Judge determined that the record supported a finding that the Defendant held a leadership role in the drug conspiracy and that he was in possession of a 40-caliber Glock firearm. Thus, his counsel was not ineffective for failing to object to those issues at sentencing or at trial. Finally, the Magistrate Judge concluded that the Movant's claims of actual innocence were not supported by the record. In sum, the Report concluded that the Movant's assertions were insufficient to support a claim for ineffective assistance of counsel. The Movant has not filed objections to these conclusions.

Accordingly, having carefully reviewed Magistrate Judge Reid's Report and the record, it is ORDERED that:

(1) The Report of Magistrate Judge [DE 48] is AFFIRMED and ADOPTED;

(2) Movant's Amended Motion to Vacate, Set Aside or Dismiss Sentence Pursuant to 28 U.S.C. § 2255 [DE 17] is DENIED.

(3) This case is CLOSED.

(4) A Certificate of Appealability will not be issued because the Movant has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

DONE and ORDERED in Miami, Florida, this 28th day of February, 2020.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc: Magistrate Judge Reid
All Counsel of Record/Pro se parties